

# CHRIS DANIEL <span style="color:red">01-15-00178-CR</span>

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

March 12, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/25/2015 11:44:33 AM

CHRISTOPHER A. PRINE
Clerk

JOSEPH SALHAB
ATTORNEY OF RECORD
2028 BUFFALO TERRACE
HOUSTON, TX 77019

Defendant's Name. JUAN REYES, JR

Cause No· 1313736

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 2-12-15
**Sentence Imposed Date:** 2-12-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JOSEPH SALHAB
MOTION FOR NEW TRIAL  3-2-15

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CYNTHIA LEE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651